Court of the State of New York denied because of failure to file the petition within the time prescribed by the statute. *Mr. Maurice C. Spratt* for petitioner. *Mr. Edward H. Letchworth* for respondent. [See *post,* 739.]

———

No. 319. HENRY P. REED ET AL. *v.* VILLAGE OF HIBBING ET AL. Error to the Supreme Court of the State of Minnesota. October 16, 1922. Petition for a writ of certiorari herein denied. *Mr. H. V. Mercer,.* for plaintiffs in error, in support of the petition. *Mr. C. A. Severance, Mr. George W. Morgan* and *Mr. H. B. Fryberger,* for defendants in error, in opposition to the petition. [See *ante,* 709.]

———

No. 449. CHARLES G. BINDERUP *v.* PATHE EXCHANGE, INC., ET AL. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Irving F. Baxter* and *Mr. Norris Brown* for petitioner. *Mr. William M. Seabury* and *Mr. Saul E. Rogers* for respondents.

———

No. 455. GUISEPPE MORETTI *v.* JOHN WILEY ET AL. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Malcolm S. McN. Watts* for petitioner. No appearance for respondents.

———

No. 460. SHENANGO FURNACE COMPANY ET AL. *v.* VILLAGE OF BUHL, ET AL. October 16, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. William D. Bailey* and *Mr. Alfred Jaques* for petitioners. *Mr. William E. Culkin* for respondents.